UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARTIN J. TOOHEY,
    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,
    Defendant

**Case No.: 2:11-cv-3979-SD**

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/S/ Allen R. Bunker
Allen R. Bunker, Esquire
Attorney ID: 45132
Comeau & Bunker
Four Penn Center, Ste. 500
1600 JFK Blvd.
Philadelphia, PA 19103
Attorney for Defendant

/S/ Amy L. Bennecoff
Amy L. Bennecoff, Esquire
Attorney ID: 202745
Kimmel & Silverman
30 East Butler Pike
Ambler, PA 19002
Attorney for the Plaintiff

Date: January 5, 2012

Date: January 5, 2012

BY THE COURT:

_____ J.
January 5, 2012